August 13, 2015

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY
155 N Main St., Edwardsville, IL 62025
(618) 296-4464
madisoncountycircuitclerkIL.com

CASE No. 2015 L 001022

DATE: August 13, 2015

GRACE WHEELER

      **PLAINTIFF**

VS.

SUPERVALU INC
C/O CT CORPORATION SYSTEM
208 S LASALLE ST STE 814
CHICAGO, IL 60604

      **DEFENDANT**

DEFENDANT: SUPERVALU INC

  You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Madison County Circuit Clerk, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

  This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

  This summons may not be served later than 30 days after its date.

WITNESS: MARK VON NIDA the Clerk of said Circuit Court and the seal thereof, at Edwardsville, Illinois, this August 13, 2015.

MARK VON NIDA
CLERK OF THE CIRCUIT COURT

BY: _____
Deputy Clerk

---

(Plaintiff's attorney or plaintiff if he is not represented by an attorney)
CHET A. KELLY
FOLEY & KELLY LLC
107 W MAIN ST STE 4
BELLEVILLE, IL 62220

Date of Service: _____, 20____.
(To be inserted by officer on the copy left with the defendant or other person)

**The Madison County Court makes every effort to comply with accessibility laws and provides reasonable accommodations to persons with disabilities. Hearing, visual and other assistance may be arranged by contacting our Court Disability Coordinator, Teri Picchioldi at 618-296-4884.**

9/9/2015              GL14IL071697001



9/9/2015

GL14TL071697001



FILED
AUG 13 2015
CLERK OF CIRCUIT COURT #6
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | |
|---|---|
| GRACE WHEELER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) 15-L-1022 |
| SUPERVALU, INC., | ) ) ) |
| Defendant. | ) |

## COMPLAINT

COMES NOW plaintiff, **Grace Wheeler**, by and through her attorneys, Foley & Kelly, LLC, and for her Complaint against Defendant, **Supervalu, Inc.**, states as follows:

1. At all times relevant to this cause of action, plaintiff, **Grace Wheeler**, was and is a resident of Madison County, Illinois residing at 1820 4th Street, Madison, Madison County, Illinois.

2. At all times relevant to this cause of action, defendant, **Supervalu, Inc.** (hereinafter referred to as Supervalu), was and is an Illinois corporation, qualified to do business in Illinois and presently doing business at 3521 Nameoki Commons, Granite City, Madison County, Illinois.

3. On or about December 24, 2014, and prior to that date, defendant, Supervalu, was engaged in the business of operating as a grocery store for the purpose of selling various goods offered to the public at its location at 3521 Nameoki Commons, Granite City, Madison County, Illinois.

4. On or about December 24, 2014, defendant had control over the premises and, pursuant to section two (2) of the Premises Liability Act (740 ILCS § 130/2), it was the duty of defendant to keep and maintain the premises in a reasonably safe condition in order

to prevent injury to patrons, employees and members of the general public who were on the premises at the invitation of defendant, Supervalu, either expressed or implied, or to any other person otherwise lawfully on said premises.

5. On or about December 24, 2014, plaintiff, Grace Wheeler, was lawfully on the premises as an invitee of defendant when she slipped and fell on a wet slippery substance that was left on the common walking area of the floor inside defendant's store.

6. At all times relevant to this cause of action plaintiff was exercising ordinary care and caution for her own safety.

7. The defendant failed in its duty to maintain its property and was negligent in one or more of the following ways:

   a. The defendant allowed a slippery and wet substance to accumulate and stay on the common walking area without cleaning it up; and

   b. The defendant failed to warn customers of the spilled substance on the common walking area.

8. At said time defendant, Supervalu, knew, or should have known, of the existence of the unreasonably dangerous condition of the premises as the slippery substance was in an area of high traffic near the entrance and exit of the store.

9. As a direct and proximate result of one or more of the foregoing negligent acts and/or omissions, plaintiff was caused to suffer severe and permanent physical injuries, including but not limited to injuries to hip, back and legs. Plaintiff has suffered and will continue to suffer permanent injuries, great pain and mental anguish. Plaintiff has incurred and will in the future continue to incur medical expenses for the treatment of said injuries.

WHEREFORE, plaintiff, **Grace Wheeler**, respectfully requests that this Court enter judgment in her favor and against defendant, **Supervalu, Inc.**, in an amount in

excess of Fifty Thousand Dollars ($50,000.00), plus costs of suit, and grant such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED,

By: _____
Chet A. Kelly
#6296905

**LAW OFFICES**
Foley & Kelly, LLC
107 West Main Street, Suite 4
Belleville, IL 62220
(618) 234-7977
fax: (618) 235-4185

**DEFENDANT TO BE SERVED:**
Supervalu, Inc.
c/o: CT Corporation System
208 SO Lasalle St., Suite 814
Chicago, IL 60604

Page 3 of 3                    15-L-____

9/9/2015